Gregory J. COOK, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 05–7124.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2005.

*ORDER*

Upon consideration of Gregory J. Cook's unopposed motion to voluntarily dismiss his appeal, from Court of Appeals for Veterans Claims case 02–2144,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**BASS PRO TRADEMARKS,**
**Plaintiff–Appellee,**

v.

**CABELA'S, INC., Defendant–Appellant.**

No. 05–1611.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2005.

*ORDER*

Upon consideration of Cabela's, Inc.'s unopposed motion to voluntarily dismiss its appeal, from the United States District Court for the Western District of Missouri, case no. 03–CV–3124,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) Bass Pro Trademarks' motion to dismiss is moot.